UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:08-cv-96-RJC

| | |
|---|---|
| LaTONYA M. BROOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SAVANNAH CHATHAM BOARD of EDUCATION, et al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court sua sponte. Pursuant to Fed.R.Civ.P. 4(b), "[a] summons . . . must be issued for each defendant to be served." A review of the record reflects that a summons was not issued after the plaintiff paid the $350.00 filing fee on May 1, 2008. Accordingly, the plaintiff never effected service of process. The Court further notes that the time for effecting service of process has expired.

**IT IS, THEREFORE, ORDERED THAT**:

1. The Clerk shall prepare and issue a civil summons on each named defendant and deliver the same to the plaintiff.

2. The plaintiff shall effect service of process within 30 days of the entry of this order and file proof of such service with the Court. Failure to effect service of process within the time period established by this Order will result in the dismissal of this civil proceeding pursuant to Fed.R.Civ.P. 4(m).

Signed: October 6, 2008

Robert J. Conrad, Jr.
Chief United States District Judge