# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Latonya M. Brooks,

    Plaintiff(s),

vs.

Savannah Chatham Board of Educartion et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08cv96

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/9/09 Order.

Signed: February 9, 2009

Frank G. Johns, Clerk
United States District Court